KENNETH M. SORENSON
United States Attorney
District of Hawaii

REBECCA PERLMUTTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii    96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
E-mail:      Rebecca.Perlmutter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 29, 2025 12:04 PM
Lucy H.Carrillo, Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Case No. MJ25-01594 WRP |
|---|---|---|
| Plaintiff, | ) ) | EX PARTE MOTION TO UNSEAL CRIMINAL COMPLAINT |
| vs. | ) ) | |
| DARREL GOO and, CY TAMURA, | ) ) ) | |
| Defendants. | ) ) | |

EX PARTE MOTION TO UNSEAL CRIMINAL COMPLAINT

Comes now UNITED STATES OF AMERICA, through its

undersigned attorneys, and hereby moves this Court for an order unsealing the

Criminal Complaint and Affidavit attached to the Complaint in the above-entitled matter on the ground that there has been an arrest in connection with the Criminal Complaint pursuant to the arrest warrant.   The circumstances necessitating the sealing no longer apply.   The United States therefore respectfully requests that the Criminal Complaint and Affidavit in Support of Criminal Complaint in this matter be unsealed.

        DATED:   Honolulu, Hawaii, December 29, 2025.

                                          KENNETH M. SORENSON
                                          United States Attorney
                                          District of Hawaii


                                          By /s/ *Rebecca Perlmutter*
                                             REBECCA PERLMUTTER
                                             Assistant U.S. Attorney